1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | BOARD OF TRUSTEES OF THE                  | Case No.: C 07 4380 WDB
   | LABORERS HEALTH AND WELFARE               |
12 | TRUST FUND FOR NORTHERN                   |
   | CALIFORNIA; BOARD OF TRUSTEES OF          |
13 | THE LABORERS VACATION-HOLIDAY             |
   | TRUST FUND FOR NORTHERN                   | **CONSENT TO PROCEED BEFORE A**
14 | CALIFORNIA; BOARD OF TRUSTEES OF          | **UNITED STATES MAGISTRATE**
   | THE LABORERS PENSION TRUST FUND           | **JUDGE**
15 | FOR NORTHERN CALIFORNIA; and              |
   | BOARD OF TRUSTEES OF THE                  |
16 | LABORERS TRAINING AND RETRAINING          |
   | TRUST FUND FOR NORTHERN                   |
17 | CALIFORNIA,                               |
18          Plaintiffs,
19     vs.
20 Cabeceira Construction, Inc., a suspended
   California corporation and Lois Cabeceira
21 individually and doing business as Cabeceira
   Construction;
22
23          Defendants.

24     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

25     In accordance with the provisions of Title 28, U.S.C. Section 636(c) the undersigned

26 party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all

27 further proceedings in the case, including trial, and order the entry of a final judgment. Appeal

28

6085484.1                                – 1 –
          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

1 | from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
2 | Circuit.

DATED: August 29, 2007

                                            BULLIVANT HOUSER BAILEY PC

                                            By _____
                                                Joye Blanscett
                                                Attorneys for Plaintiffs