Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: susan.olson@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> Cabeceira Construction, Inc., a suspended California corporation and Luis Cabeceira individually and doing business as Cabeceira Construction; <br><br> Defendants. | Case No.: C 07 4380 WDB <br><br> **PLAINTIFFS' REQUEST TO CONTINUE CASE SCHEDULE; ORDER THEREON** |

Plaintiffs request that this Court continue the Case Schedule on the following grounds.

On August 24, 2007 Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking a mandatory injunctive order requiring Defendants to submit to an audit of their books and records. Since the Complaint was filed, Defendants have allowed the audit process to begin,

6089532.1

– 1 –

although the audit is not yet completed.

On November 15, 2007 Plaintiffs filed their First Amended Complaint for Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("First Amended Complaint") seeking, once again, a mandatory injunctive order requiring Defendants to submit to an audit of their books and records. The audit process is still continuing.

Plaintiffs request that this Court extend the Case Schedule for 60 days to allow for filing and service of the First Amended Complaint and to allow for the audit process to continue without further legal expenses incurred by the parties.

DATED: November 15, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Request to Continue Schedule Order and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Schedule be continued as follows:

| Date | Event |
|---|---|
| 11/15/07 | First Amended Complaint Filed |
| 1/15/08 | Last day to meet and confer re Initial Disclosures, early settlement, ADR Process selection and Discovery Plan, file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 1/28/08 | Last Day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management |

|   |   |
|---|---|
| 1 | Statement per attached Standing Order re Contents of Joint Case |
| 2 | Management Statement |
| 3 | 2/04/08   Initial Case Management Conference (CMC) in Courtroom 4, |
| 4 | Oakland at 4:00 PM |

DATED: November 16, 2007

By _____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

6089532.1

— 3 —

PLAINTIFFS' REQUEST TO CONTINUE CASE SCHEDULE; ORDER THEREON