Case 4:07-cv-04380-WDB   Document 10   Filed 01/28/2008   Page 1 of 3

1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: susan.olson@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11  BOARD OF TRUSTEES OF THE            Case No.: C 07 4380 WDB
    LABORERS HEALTH AND WELFARE
12  TRUST FUND FOR NORTHERN             **PLAINTIFFS' STATEMENT IN LIEU OF**
    CALIFORNIA; BOARD OF TRUSTEES OF    **CASE MANAGEMENT STATEMENT;**
13  THE LABORERS VACATION-HOLIDAY       **ORDER THEREON**
    TRUST FUND FOR NORTHERN
14  CALIFORNIA; BOARD OF TRUSTEES OF
    THE LABORERS PENSION TRUST FUND
15  FOR NORTHERN CALIFORNIA; and        Date:    February 4, 2008
    BOARD OF TRUSTEES OF THE            Time:    4:00 p.m.
16  LABORERS TRAINING AND RETRAINING    Ctroom:  4, Oakland
    TRUST FUND FOR NORTHERN                      Hon. Wayne D. Brazil
17  CALIFORNIA,

18              Plaintiffs,

19       vs.

20  Cabeceira Construction, Inc., a suspended
    California corporation and Luis Cabeceira
21  individually and doing business as Cabeceira
    Construction;
22
                Defendants.
23

24       Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

25       On August 24, 2007 Plaintiffs filed their Complaint for Damages for Breach of

26  Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking a

27  mandatory injunctive order requiring Defendants to submit to an audit of their books and

28  records. Since the Complaint was filed, Defendants have allowed the audit process to begin,

6092429.1                              – 1 –

1  although the audit is not yet completed.

2      On November 15, 2007 Plaintiffs filed their First Amended Complaint for Damages for

3  Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("First Amended

4  Complaint") seeking, once again, a mandatory injunctive order requiring Defendants to submit

5  to an audit of their books and records. Defendants are allowing the audit process to continue.

6  Plaintiffs believe that the audit may be completed within the next 30 days.

7      Plaintiffs request that this Court extend the Case Schedule and Case Management

8  Conference for an additional 30 days to allow for the audit process to continue without further

9  legal expenses incurred by the parties.

10  DATED: January 28, 2008

11                                  BULLIVANT HOUSER BAILEY PC

12

13                                By _____

14                                    Ronald L. Richman

15                                Attorneys for Plaintiffs

16

17                        **CASE MANAGEMENT ORDER**

18

19      The Court having read Plaintiffs' Request to Continue Schedule Order and good cause

20  appearing therefore:

21      IT IS HEREBY ORDERED that the Case Schedule be continued as follows:

22      Date               Event

23      11/15/07         First Amended Complaint Filed

24      2/27/08         Last day to meet and confer re Initial Disclosures, early

25                         settlement, ADR Process selection and Discovery Plan, file Joint

26                         ADR Certification with Stipulation to ADR Process or Notice of

27                         Need for ADR Phone Conference

28

| | | |
|---|---|---|
| 1 | 3/4/08 | Last Day to file Rule 26(f) Report, complete initial disclosures or |
| 2 | | state objection in Rule 26(f) Report and file Case Management |
| 3 | | Statement per attached Standing Order re Contents of Joint Case |
| 4 | | Management Statement |
| 5 | 3/11/08 | Initial Case Management Conference (CMC) in Courtroom 4, |
| 6 | | Oakland at 4:00 PM |

7　DATED: January 29, 2008

8

9　By _Wayne D. Brazil_

10　HON. WAYNE D. BRAZIL
　　UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT STATEMENT