UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CABECEIRA CONSTRUCTION, Inc., et al.<br><br>Defendants.<br>_____/ | No. C 07-4380 WDB<br><br>NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Initial Case Management Conference currently scheduled for March 11, 2008, is continued to **April 15, 2008, at 4:00 p.m.** <u>Lead</u> trial counsel for each party must participate in the case management conference. **No later than seven court days** prior to the case management conference, the parties must meet and confer and file a joint case management conference statement.

Dated: February 27, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
Law Clerk/Deputy Clerk

Copies to:
All parties,
WDB, Stats