Ronald L. Richman, SBN 139189
E-mail: ron.richman@bullivant.com
Susan J. Olson, SBN 152467
E-mail: susan.olson@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> Cabeceira Construction, Inc., a suspended California corporation and Luis Cabeceira individually and doing business as Cabeceira Construction, <br><br> Defendants. | Case No.: C 07 4380 WDB <br><br> **STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** <br><br> Date:    April 15, 2008 <br> Time:    4:00 p.m. <br> Ctroom:  4, Oakland <br>          Hon. Wayne D. Brazil |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On August 24, 2007 Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking a mandatory injunctive order requiring Defendants to submit to an audit of their books and

– 1 –
STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON

records. Since the Complaint was filed, Defendants have allowed the audit process to begin, although the audit is not yet completed. On November 15, 2007 Plaintiffs filed their First Amended Complaint for Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("First Amended Complaint") seeking, once again, a mandatory injunctive order requiring Defendants to submit to an audit of their books and records. Defendants did provide the Trust Funds with additional documentation and information. Plaintiffs are still working on the audit and further, are still analyzing the documentation to determine if all responsive documents were produced in conjunction with the audit.

Plaintiffs request that this Court extend the Case Schedule and Case Management Conference for an additional 30 days to allow for the audit process to continue without further legal expenses incurred by the parties.

DATED: April 1, 2008

BULLIVANT HOUSER BAILEY PC

By _/s/ Ronald L. Richman_
Ronald L. Richman

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for April 15, 2008 at 4:00 p.m. be continued to __May 22,_____, 2008 at 4:00 p.m., Courtroom 4, Oakland.

DATED: April __3__, 2008

By _/s/ Wayne D. Brazil_
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

10488975.1

---
– 2 –
STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON