Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>Cabeceira Construction, Inc., a suspended California corporation and Luis Cabeceira individually and doing business as Cabeceira Construction,<br><br>Defendants. | Case No.: C 07 4380 WDB<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date: May 22, 2008<br>Time: 4:00 p.m.<br>Ctroom: 4, Oakland<br>Hon. Wayne D. Brazil |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On August 24, 2007 Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking a mandatory injunctive order requiring Defendants to submit to an audit of their books and records. On November 15, 2007 Plaintiffs filed their First Amended Complaint for Damages

– 1 –
STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("First Amended Complaint") seeking, once again, a mandatory injunctive order requiring Defendants to submit to an audit of their books and records. Defendants allowed the audit and the audit is completed. The audit resulted in trust fund contributions due and owing on behalf of Defendants' covered employees. Plaintiffs will prepare and file, within the next 30 days, their Second Amended Complaint to include the outstanding trust fund contributions due and owing.

Plaintiffs request that this Court extend the Case Schedule and Case Management Conference for an additional 60 days to allow for Plaintiffs to file and serve the Second Amended Complaint and for Defendants to file a responsive pleading.

DATED: May 7, 2008

BULLIVANT HOUSER BAILEY PC

By /s/ Ronald L. Richman
Ronald L. Richman

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 22, 2008 at 4:00 p.m. be continued to _____, 2008 at 4:00 p.m., Courtroom 4, Oakland.

DATED: May____, 2008

By _____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

10552043.1