Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLANDDIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>Cabeceira Construction, Inc., a suspended California corporation and Luis Cabeceira individually and doing business as Cabeceira Construction,<br><br>Defendants. | Case No.: C 07 4380 WDB<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date: August 4, 2008<br>Time: 4:00 p.m.<br>Ctroom: 4, Oakland<br>       Hon. Wayne D. Brazil |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On November 15, 2007 Plaintiffs filed their First Amended Complaint for Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction seeking a mandatory injunctive order requiring Defendants to submit to an audit of their books and

– 1 –

1  records. Defendants allowed the audit and the audit was completed. The audit resulted in trust
2  fund contributions due and owing on behalf of Defendants' covered employees.
3      On May 23, 2008, Plaintiffs filed their Second Amended Complaint to include the
4  outstanding trust fund contributions due and owing. Plaintiffs served Defendant Cabeciera
5  Construction, Inc. with the Second Amended Complaint on July 9, 2008. Defendant Cabeciera
6  Construction, Inc. is a suspended corporation. Plaintiffs have not yet been able to serve
7  Defendant Luis Cabeceira[1]. Efforts are being made to serve Defendant Luis Cabeceira.
8      Plaintiffs request that this Court extend the Case Schedule and Case Management
9  Conference for an additional 30 days to allow for Plaintiffs to serve the Second Amended
10 Complaint on Defendant Luis Cabeciera.
11 DATED: July 21, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

### CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for August 4, 2008 at 4:00 p.m. be continued to _____, 2008 at 4:00 p.m., Courtroom 4, Oakland.

DATED: July___, 2008

By _____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

10684979.1

---

[1] Previously, counsel for Defendants accepted service on behalf of both Defendants.