| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | FOR COURT USE ONLY |
|---|---|---|---|
| RONALD L. RICHMAN (SBN 139189)<br>SUSAN J. OLSON (SBN 152467)<br>BULLIVANT HOUSER BAILEY PC<br>601 CALIFORNIA STREET, SUITE 1800<br>SAN FRANCISCO, CALIFORNIA 94108<br>Attorney(s) for: PLAINTIFFS, LABORERS TRUST FUNDS<br>Ref: 3024084 | | (415) 352-2700 | |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | | | |
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al. vs. CABECEIRA CONSTRUCTION, INC., a suspended California corporation and Luis Cabeceira individually and doing business as Cabecceira Construction | | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT | CASE NUMBER:<br>C 07 4380 WDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
SECOND AMENDED COMPLAINT FOR DAMAGES FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT


2. a. Party served:      AGENT FOR CABECEIRA CONSTRUCTION, INC., JULIAN JUBBARD

   b. Witness served:    JULIAN JUBBARD, AGENT

   c. Address:           600 ALLERTON STREET, SUITE 202
                         REDWOOD CITY, CA 94063


3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:


(1) on:        07-09-08              (2) at:          1:55PM


4. I received this documents for service on (date): JUNE 30, 2008


5. Person serving:                                              a. Fee for service $
ISMAEL VELASCO
NATIONWIDE LEGAL, INC.
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information
   contained in the Proof of Service is true and correct.


Date: July 10, 2008


Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE