1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs
   Laborers Trust Funds

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLANDDIVISION

11 | BOARD OF TRUSTEES OF THE                    | Case No.: C 07 4380 WDB
   | LABORERS HEALTH AND WELFARE                 |
12 | TRUST FUND FOR NORTHERN                     | **STATEMENT IN LIEU OF CASE**
   | CALIFORNIA; BOARD OF TRUSTEES OF            | **MANAGEMENT CONFERENCE;**
13 | THE LABORERS VACATION-HOLIDAY               | **ORDER THEREON**
   | TRUST FUND FOR NORTHERN                     |
14 | CALIFORNIA; BOARD OF TRUSTEES OF            |
   | THE LABORERS PENSION TRUST FUND             | Date:     September 4, 2008
15 | FOR NORTHERN CALIFORNIA; and                | Time:     4:00 p.m.
   | BOARD OF TRUSTEES OF THE                    | Ctroom:  4, Oakland
16 | LABORERS TRAINING AND RETRAINING            |           Hon. Wayne D. Brazil
   | TRUST FUND FOR NORTHERN                     |
17 | CALIFORNIA,                                 |

18                  Plaintiffs,

19          vs.

20 Cabeceira Construction, Inc., a suspended
   California corporation and Luis Cabeceira
21 individually and doing business as Cabeceira
   Construction,
22
                   Defendants.
23

24      Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

25      On November 15, 2007 Plaintiffs filed their First Amended Complaint for Damages for

26 Breach of Collective Bargaining Agreement and For A Mandatory Injunction seeking a

27 mandatory injunctive order requiring Defendants to submit to an audit of their books and

28

                                         – 1 –

1  records.  Defendants allowed the audit and the audit was completed.  The audit resulted in trust

2  fund contributions due and owing on behalf of Defendants' covered employees.

3        On May 23, 2008, Plaintiffs filed their Second Amended Complaint to include the

4  outstanding trust fund contributions due and owing. Plaintiffs served Defendant Cabeciera

5  Construction, Inc. with the Second Amended Complaint on July 9, 2008.  Defendant Cabeciera

6  Construction, Inc. is a suspended corporation.  Defendant Luis Cabeceira has retained counsel.

7  Counsel accepted service on behalf of Defendant Luis Cabeceira via a Waiver of Service of

8  Summons. Based on communications with counsel for Defendants, Plaintiffs anticipate that

9  counsel for Defendants will return the executed Waiver of Service of Summons and file

10  responsive pleadings within the next 30 days.

11        Plaintiffs request that this Court extend the Case Schedule and Case Management

12  Conference for an additional 30 days to allow for Defendants to appear and file responsive

13  pleadings.

14  DATED:  August 28, 2008

15

16                      BULLIVANT HOUSER BAILEY PC

17

18                      By _____
                        Ronald L. Richman

19

20                      Attorneys for Plaintiffs Laborers Trust Funds

21

22

23

24

25

26

27

28

STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

1

## CASE MANAGEMENT ORDER

2       The Court having read Plaintiffs' Statement in Lieu of Case Management Conference

3  Statement and good cause appearing therefore:

4       IT IS HEREBY ORDERED that the Case Management Conference currently scheduled

5  for September 4, 2008 at 4:00 p.m. be continued to _____, 2008 at 4:00

6  p.m., Courtroom 4, Oakland.

7  DATED: _____, 2008

8

9                                          By  _____
                                               HON. WAYNE D. BRAZIL
10                                             UNITED STATES MAGISTRATE JUDGE

11

12

13  10749264.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON