1    Ronald L. Richman, SBN 139189
     E-Mail: ron.richman@bullivant.com
2    Susan J. Olson, SBN 152467
     E-Mail: susan.olson@bullivant.com
3    BULLIVANT HOUSER BAILEY PC
     601 California Street, Suite 1800
4    San Francisco, California  94108
     Telephone: 415.352.2700
5    Facsimile: 415.352.2701

6    Attorneys for Laborers Trust Funds

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11   BOARD OF TRUSTEES OF THE                Case No.: C 07 4380 WDB
     LABORERS HEALTH AND WELFARE
12   TRUST FUND FOR NORTHERN                 **STATEMENT IN LIEU OF CASE**
     CALIFORNIA; BOARD OF TRUSTEES OF        **MANAGEMENT CONFERENCE;**
13   THE LABORERS VACATION-HOLIDAY           **ORDER THEREON**
     TRUST FUND FOR NORTHERN
14   CALIFORNIA; BOARD OF TRUSTEES OF
     THE LABORERS PENSION TRUST FUND         Date:      October 7, 2008
15   FOR NORTHERN CALIFORNIA; and            Time:      4:00 p.m.
     BOARD OF TRUSTEES OF THE                Ctroom:  4, Oakland
16   LABORERS TRAINING AND RETRAINING                   Hon. Wayne D. Brazil
     TRUST FUND FOR NORTHERN
17   CALIFORNIA,

18                    Plaintiffs,

19          vs.

20   Luis Cabeceira doing business as Cabeceira
     Construction,
21
                      Defendant.
22

23         Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

24         On November 15, 2007 Plaintiffs filed their First Amended Complaint for Damages for

25   Breach of Collective Bargaining Agreement and For A Mandatory Injunction seeking a

26   mandatory injunctive order requiring Defendant to submit to an audit of his books and records.

27   Defendant allowed the audit and the audit was completed.  The audit resulted in trust fund

28   contributions due and owing on behalf of Defendant's covered employees.

                                        – 1 –

1    On May 23, 2008, Plaintiffs filed their Second Amended Complaint to include the

2  outstanding trust fund contributions due and owing. On September 10, 2008 Plaintiffs filed their

3  Third Amended Complaint which, after discussion with counsel for Defendant, finally clarified

4  the status of Defendant Luis Cabeciera as a sole proprietor, doing business as Cabeceira

5  Construction.  Counsel for Defendant advises that on or before Wednesday, October 1, 2008, he

6  will file an Answer on behalf of Defendant Luis Cabeceira dba Cabeciera Construction.

7    Since July, counsel for Plaintiffs and counsel for Defendant have been working to try to

8  resolve the issues in this case.  Plaintiffs have provided Defendant with the summary documents

9  outlining the claims against Defendant.  Counsel for Plaintiffs and Defendant are working on

10  setting up a meeting directly between their respective clients in an attempt to resolve all issues

11  prior to spending additional time and fees in litigation.

12    Based on the above, Plaintiffs respectfully request that this Court extend the Case

13  Schedule and Case Management Conference for an additional 30 days to allow for Defendant to

14  file his responsive pleading and for the parties to continue to meet and confer in an attempt to

15  resolve this case.

16  DATED:  September 29, 2008

17                                     BULLIVANT HOUSER BAILEY PC

18

19                            By   _Ronald L. Rul_____

20                                     Ronald L. Richman
                                     Susan J. Olson

21                                     Attorneys for Laborers Trust Funds

22  10824811.1

23

24

25

26

27

28

– 2 –

STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON

1

## CASE MANAGEMENT ORDER

2   The Court having read Plaintiffs' Statement in Lieu of Case Management Conference

3  Statement and good cause appearing therefore:

4       IT IS HEREBY ORDERED that the Case Management Conference currently scheduled

5  for October 7, 2008 at 4:00 p.m. be continued to _November 13_____, 2008 at 4:00 p.m.,

6  Courtroom 4, Oakland.

7  DATED: September 30_____, 2008

8

9  By _____

   HON. WAYNE D. BRAZIL
   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 3 –