UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,

Plaintiff(s).

v.

LUIS CABECEIRA,

Defendant.

_____/

No. C 07-4380 WDB

ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE

On November 13, 2008, the parties appeared for an Initial Case Management Conference.

Preliminarily, counsel for Defendant informed the Court that Defendant consents to the jurisdiction of a Magistrate Judge and will file by November 14, 2008, the appropriate Consent Form, which can be found on the Court's website at www.cand.uscourts.gov.

On the record during the Conference, the parties indicated that they were attempting to settle this action and hoped to have the matter resolved, shortly. Accordingly, the Court decided to defer setting a trial date and, instead, set a further telephonic status conference for **Wednesday, December 10, 2008, at 5:00 p.m.** To appear for the conference, Plaintiff's

1

1  counsel, Mr. Richman, must get Defendant's counsel, Mr. Hubbard, on the line and call the
2  Court at (510) 637-3909.
3      If the matter settles before December 10, 2009, the parties must promptly prepare and
4  file dismissal papers and notify the Court by calling (510) 637-3324.
5  IT IS SO ORDERED.
6  Dated:   November 13, 2008

WAYNE D. BRAZIL
United States Magistrate Judge