UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>        Plaintiff(s).<br><br>v.<br><br>LUIS CABECEIRA,<br><br>        Defendant.<br>_____/ | No. C 07-4380 WDB<br><br>ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE |

On December 10, 2008, the parties appeared for a Further Case Management Conference.

Counsel for both sides agreed that the parties would like to meet in person to try to resolve the action. Accordingly, the Court now ORDERS that by no later than Friday, January 9, 2009, the principals have an in-person meeting. If the parties are unable to resolve the matter at this meeting, counsel must appear for a further telephonic status conference on **Tuesday, January 13, 2009, at 3:00 p.m.** To appear for the conference, Plaintiff's counsel, Mr. Richman, must get Defendant's counsel, Mr. Hubbard, on the line and call the Court at (510) 637-3909.

1

1  If the matter settles before January 13, 2009, the parties promptly must notify the
2  Court by calling (510) 637-3324, and prepare and file dismissal papers.

4  IT IS SO ORDERED.

5  Dated:   December 11, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge