UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>    Plaintiff(s).<br><br>v.<br><br>LUIS CABECEIRA,<br><br>    Defendant. | No. C 07-4380 WDB<br><br>ORDER FOLLOWING FURTHER STATUS CONFERENCE |

On January 13, 2009, the parties appeared for a Further Status Conference. Based upon the Statement filed for the Hearing and the statements of party counsel at the Hearing, the Court now Orders as follows:

Plaintiff and its agents will complete their document and information review and analysis and provide comments upon same to defendant by January 21.

Principals for plaintiff and defendant will have a face-to-face meeting by February 11.

A further telephonic Status Conference will be conducted on **Wednesday, February 18, at 1:30 p.m.** to select a trial date. To appear for the Status Conference, Plaintiff's counsel, Mr. Richman, must get Defendant's counsel, Mr. Hubbard, on the line and call the

1

1  Court at (510) 637-3909. The Court expressly notes that a further written Statement need not
2  be filed for the Status Conference.
3      If the matter settles before February 18, 2009, the parties must promptly notify the
4  Court by calling (510) 637-3324, and prepare and file dismissal papers.

6  IT IS SO ORDERED.

7  Dated: January 13, 2009

WAYNE D. BRAZIL
United States Magistrate Judge