United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>    Plaintiff(s).<br><br>    v.<br><br>LUIS CABECEIRA,<br><br>    Defendant.<br>_____/ | No. C 07-4380 WDB<br><br>ORDER FOLLOWING FEBRUARY 18, 2009 CASE MANAGEMENT CONFERENCE |

On February 18, 2009, the Court conducted a case management conference. Counsel informed the Court that the parties are likely to settle the case within thirty days. For the reasons stated on the record, the Court ORDERS as follows.

1.  **By Monday, March 23, 2009,** the parties must file a joint case management conference statement updating the Court on the status of the case. If the parties were unable to settle the case they also must set forth their proposed pretrial schedule and trial date.

2.  **On Thursday, March 26, 2009, at 1:30 p.m.**, the Court will conduct a further case management conference. Counsel for plaintiff, Mr. Richman, will initiate the call and will telephone the Court at **(510) - 637-3324** with all parties on the line.

1   If the parties reach a settlement before March 26, 2009, the parties must file with the Court a notice of settlement and stipulated dismissal.  If the Court receives notice of a settlement prior to March 26, 2009, the Court will VACATE the March 26th conference. IT IS SO ORDERED.

Dated:  February 18, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge

2