Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>Luis Cabeceira doing business as Cabeceira Construction,<br><br>Defendants. | Case No.: C 07 4380 WDB<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date:    April 30, 2009<br>Time:    1:30 p.m.<br>Ctroom:  4, Oakland (telephonic conference)<br>         Hon. Wayne D. Brazil |

Plaintiffs Laborers Trust Funds have reached a settlement with Defendant Luis Cabeceira. Counsel for the parties anticipate that the settlement agreement will be executed and the appropriate dismissal filed with this Court within the next 30 days.

/ / /

/ / /

1  Based on the above, the parties respectfully request that the Court continue the case
2  management conference for a period of 30 days. Once the parties execute the settlement
3  agreement, Plaintiffs will file the appropriate dismissal.
4  DATED: April 30, 2009

BULLIVANT HOUSER BAILEY PC

By /s/
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs Laborers Trust Funds

DATED: April 30, 2009

HUBBARD & EBERT LLP

By /s/
Julian J. Hubbard

Attorneys for Defendant

## ORDER

Good cause appearing, it is ORDERED that the telephonic case management conference currently set for April 30, 2009 at 1:30 p.m. is continued to June 2, 2009, at 1:30 p.m. If the parties reach settlement and a dismissal is filed prior to the date of the continued case management conference, the case management conference will be vacated.

DATED: April 30, 2009

By _____
HON.
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Wayne D. Brazil

11535376.1

— 2 —
NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;
ORDER THEREON – Case No.: C 07 4380 WDB