Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Kevin K. Ho, SBN 233408
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>Luis Cabeceira doing business as Cabeceira Construction<br><br>Defendants. | Case No.: C 07 4380 WDB<br><br>**STIPULATION TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON;** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiffs Laborers Health and Welfare Trust Fund for Northern California, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California, on the one hand, and Defendant Luis Cabeceira doing business as Cabeceira Construction, on the other hand, that the parties have resolved

underlying matter, and that the parties request that this Court dismiss the action, in its entirety, without prejudice.

DATED: July 2, 2009

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson
Kevin K. Ho

Attorneys for Plaintiffs Laborers Trust Funds

DATED: July 2, 2009

HUBBARD & EBERT LLP

By _____
Julian J. Hubbard

Attorneys for Defendant Luis Cabeceira dba Cabeceira Construction

### ORDER

The parties having submitted this Stipulation To Dismiss Case Without Prejudice and good cause appearing:

IT IS HEREBY ORDERED that this case is dismissed, without prejudice.

DATED: July 2, 2009

By _____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*
*United States District Court, Northern District of California*

11670188.1

— 2 —
STIPULATION TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON